Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 18−26234−RG
> Chapter: 13
> Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian T. Fultz
   610 McBride Avenue, Second Floor
   Woodland Park, NJ 07424

Social Security No.:
   xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/20/19 at 10:00 AM

to consider and act upon the following:

*42* − Objection to (related document:41 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Brian T. Fultz. Objection deadline is 1/18/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Brian T. Fultz) filed by Nicholas V. Rogers on behalf of PHH MORTGAGE CORPORATION. (Attachments: # 1 Certificate of Service) (Rogers, Nicholas)

Dated: 1/18/19

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court