UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

815957
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for PHH MORTGAGE CORPORATION

In Re:

BRIAN T. FULTZ

**Order Filed on April 17, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No: 18-26234 - RG

Hearing Date: March 20, 2019

Judge: ROSEMARY GAMBARDELLA

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER RESOLVING OBJECTION TO EXTENSION OF LOSS MITIGATION ORDER WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 17, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | PHH MORTGAGE CORPORATION |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | RUSSELL L. LOW, Esquire |
| Property Involved ("Collateral"): | 610 MC BRIDE AVE W. PATERSON, NJ 07424 |

For good cause shown, it is **ORDERED** that Applicant's Objection to the Application to Extend the Loss Mitigation Order is resolved, subject to the following conditions:

1. The full and complete package must be uploaded to the DMM portal on or prior to April 10, 2019.

2. Loss Mitigation period is hereby extended to May 20, 2019 with no extensions with the only exception that if the documents are pending a decision by Bank of America, N.A. and not yet rendered.

3. If a loan modification is not offered by May 20, 2019, the Debtor must either:

    a. Modify the Chapter 13 Plan to fully cure the secured Creditor's post-petition arrearages claim as defined by Proof of Claim 5 filed September 17, 2018; or

    b. Surrender the subject property; or

    c. Convert case to a Chapter 7 case.

4. If a loan modification is not secured by Debtor on or before May 20, 2019, Secured Creditor may proceed with a Motion for Relief with no further delays caused by Debtor's re-entry or participation in the Court's Loss Mitigation Program.

5. The instant Order does not replace rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

6. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

7. Both parties agree that this will be the final extension of the loss mitigation in the underlying bankruptcy case.