Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26234−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian T. Fultz
   610 McBride Avenue, Second Floor
   Woodland Park, NJ 07424

Social Security No.:
   xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/17/19 at 10:00 AM

to consider and act upon the following:

*53* − Objection to Request for an extension of the Loss Mitigation Order (related document:51 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Brian T. Fultz. Objection deadline is 5/28/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Brian T. Fultz) filed by Nicholas V. Rogers on behalf of PHH MORTGAGE CORPORATION. (Attachments: # 1 Certificate of Service) (Rogers, Nicholas)

Dated: 5/29/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Brian T. Fultz  
    Debtor

Case No. 18-26234-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 1　　　Date Rcvd: May 29, 2019  
　　　　　　　　　　　　Form ID: ntchrgbk　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.  
db　　　+Brian T. Fultz,　610 McBride Avenue, Second Floor,　Woodland Park, NJ 07424-2822  
cr　　　+PHH MORTGAGE CORPORATION,　Phelan Hallinan & Schmieg, PC,　400 Fellowship Road,　Suite 100, Mt. Laurel, Nj 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:  
    Kevin Gordon McDonald　on behalf of Creditor　U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg　magecf@magtrustee.com  
    Nicholas V. Rogers　on behalf of Creditor　PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
    Russell L. Low　on behalf of Debtor Brian T. Fultz rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
    Sherri Jennifer Smith　on behalf of Creditor　PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
    U.S. Trustee　USTPRegion03.NE.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6