Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−26234−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Brian T. Fultz
    610 McBride Avenue, Second Floor
    Woodland Park, NJ 07424

Social Security No.:
    xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/6/19 at 10:00 AM

to consider and act upon the following:

*61* − Certification in Opposition to (related document:59 Certification of Default of Standing Trustee. re: Failure to
Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection
deadline is 10/17/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee
Marie−Ann Greenberg) filed by Russell L. Low on behalf of Brian T. Fultz. (Low, Russell)

Dated: 10/18/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26234-RG
Brian T. Fultz                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 1            Date Rcvd: Oct 18, 2019
                               Form ID: ntchrgbk       Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db            +Brian T. Fultz,    610 McBride Avenue, Second Floor,    Woodland Park, NJ 07424-2822
cr            +PHH MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, Nj 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
         Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
         Series 2006-NC2 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
        Russell L. Low    on behalf of Debtor Brian T. Fultz rbear611@aol.com,
         ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        Shauna M Deluca    on behalf of Creditor    PHH MORTGAGE CORPORATION sdeluca@rasflaw.com
        Sherri Jennifer Smith    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com,
         nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 7