Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26234−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian T. Fultz
   610 McBride Avenue, Second Floor
   Woodland Park, NJ 07424

Social Security No.:
   xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/18/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 19, 2019
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-26234-RG
Brian T. Fultz                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 19, 2019
                              Form ID: 148             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.
```
db              +Brian T. Fultz,    610 McBride Avenue, Second Floor,   Woodland Park, NJ 07424-2822
cr              +PHH MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                  Mt. Laurel, Nj 08054-3437
517699950       +AWA Collections,    PO Box 5545,    Orange, CA 92863-5545
517699948       +Alvarado, Walter,    ATTN: Superior Court of NJ,    Passaic County,   77 Hamilton Street,
                  Paterson, NJ 07505-2040
517699964       +Ctbk/gardner/HSBC,    Hsbc Retail Services/Attn: Bankruptcy De,   Po Box 5213,
                  Carol Stream, IL 60197-5213
517699967       +Eastman Properties,    651 W Mt Pleasant Ave,    Livingston, NJ 07039-1600
517699970       +GOLDMAN & WARSHAW,    P.O BOX 2500,    Caldwell, NJ 07007-2500
517755041       +Jessica Garcia,    ATTN: Child Support Enforcement,    100 Hamilton Plaza, Suite 2,
                  Paterson, NJ 07505-2109
517699968       +JessicaFultz,    615 McBride Avenue,    Woodland Park, NJ 07424-2820
517699977       +MORTGAGE SERVICE CENTE,    ATTN: BANKRUPTCY DEPT,    PO BOX 5452,   MT LAUREL, NJ 08054-5452
517699975       +Mmca/c1,    Attention: Banktruptcy Department,    3120 Rider Trail S,
                  Earth City, MO 63045-1518
517818427       +PHH Mortgage Corporation,    One Mortgage Way Mail Stop SV01,
                  Mt. Laurel, New Jersey 08054-4637
517699978       +Phelan Hallinam & Diamond PC,    400 Fellowship Road,   Suite 100,
                  Mount Laurel, NJ 08054-3437
517699979       +Pittman Mindas Et. Al.,    POB 696,    Springfield, NJ 07081-0696
517699980       +Pressler and Pressler, LLP,    7 Entin Rd.,   Parsippany, NJ 07054-5020
517699984       +Slomins Inc.,    34 Washington Parkway,   Hicksville, NY 11801-5319
517737115       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2019 00:14:00     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2019 00:13:57     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517781903        EDI: BECKLEE.COM Nov 20 2019 04:38:00      American Express Travel Related Services Company,,
                  Inc.,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517699949       +EDI: WFFC.COM Nov 20 2019 04:38:00      Americas Servicing Co/Wells Fargo Home M,
                  1000 BLUE GENTIAN RD. #300,    MAC #X7801-02K,   EAGAN, MN 55121-1786
517699951        EDI: BANKAMER.COM Nov 20 2019 04:38:00      Bank Of America,   Attention: Recovery Department,
                  4161 Peidmont Pkwy.,    Greensboro, NC 27410
517699957        EDI: BANKAMER.COM Nov 20 2019 04:38:00      Bankamerica,   Mc: Nc4-105-03-14,
                  4161 Piedmont Pkwy,   Greensboro, NC 27420
517699956        EDI: BANKAMER.COM Nov 20 2019 04:38:00      Bank Of America,    4161 Piedmont Pkwy,
                  Greensboro, NC 27410
517699961        EDI: CITICORP.COM Nov 20 2019 04:38:00      Citi,   CitiCard Credit Services/Centralized Ban,
                  Po Box 20507,    Kansas City, MO 64195
517699963        EDI: CITICORP.COM Nov 20 2019 04:38:00      Citibank Usa,
                  Citicorp Credit Services/Attn: Centraliz,    Po Box 20507,   Kansas City, MO 64195
517699958       +EDI: CAPITALONE.COM Nov 20 2019 04:38:00      Capital 1 Bank,   Attn: Bankruptcy Dept.,
                  Po Box 30285,    Salt Lake City, UT 84130-0285
517699959       +EDI: CHASE.COM Nov 20 2019 04:38:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
517699960       +EDI: CHASE.COM Nov 20 2019 04:38:00      Chase Mht Bk,    Attention: Bankruptcy,   Po Box 15298,
                  Wilmington, DE 19850-5298
517711096        EDI: DISCOVER.COM Nov 20 2019 04:38:00      Discover Bank,   Discover Products Inc,
                  PO Box 3025,   New Albany, OH 43054-3025
517699965       +EDI: DISCOVER.COM Nov 20 2019 04:38:00      Discover Fin Svcs Llc,   Po Box 15316,
                  Wilmington, DE 19850-5316
517699966       +EDI: TSYS2.COM Nov 20 2019 04:38:00      Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
517699969       +EDI: RMSC.COM Nov 20 2019 04:38:00      Gemb/6th Ave Elec,    Attention: Bankruptcy,
                  Po Box 103104,    Roswell, GA 30076-9104
517699971       +EDI: HFC.COM Nov 20 2019 04:38:00      Hsbc/bsbuy,   Po Box 5253,   Carol Stream, IL 60197-5253
517699972       +EDI: HFC.COM Nov 20 2019 04:38:00      Hsbc/bstby,   Po Box 5253,   Carol Stream, IL 60197-5253
517699973       +E-mail/Text: bncnotices@becket-lee.com Nov 20 2019 00:13:14     Kohls/chase,    Po Box 3115,
                  Milwaukee, WI 53201-3115
517820172       +EDI: MID8.COM Nov 20 2019 04:38:00      MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
517699974       +EDI: MID8.COM Nov 20 2019 04:38:00      Midland Funding,    8875 Aero Dr Ste 200,
                  San Diego, CA 92123-2255
517699983       +EDI: SEARS.COM Nov 20 2019 04:38:00      Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
517810991       +EDI: AIS.COM Nov 20 2019 04:38:00      Verizon,   by American InfoSource as agent,
                  4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 23
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 19, 2019
                              Form ID: 148             Total Noticed: 40


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517699952*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank Of America,    Attention: Recovery Department,
                   4161 Peidmont Pkwy.,    Greensboro, NC 27410)
517699953*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank Of America,    Attention: Recovery Department,
                   4161 Peidmont Pkwy.,    Greensboro, NC 27410)
517699954*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank Of America,    Attention: Recovery Department,
                   4161 Peidmont Pkwy.,    Greensboro, NC 27410)
517699955*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank Of America,    Attention: Recovery Department,
                   4161 Peidmont Pkwy.,    Greensboro, NC 27410)
517699962*      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:  Citi,    CitiCard Credit Services/Centralized Ban,   Po Box 20507,
                   Kansas City, MO 64195)
517699976*       +Mmca/cl,    Attention:  Banktruptcy Department,    3120 Rider Trail S,
                   Earth City, MO 63045-1518
517699981*       +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
517699982*       +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
                                                                                                TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
               Series 2006-NC2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Brian T. Fultz rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Shauna M Deluca    on behalf of Creditor    PHH MORTGAGE CORPORATION sdeluca@rasflaw.com
              Sherri Jennifer Smith    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 7
```