Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26234−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian T. Fultz
   610 McBride Avenue, Second Floor
   Woodland Park, NJ 07424

Social Security No.:
   xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/20/20 at 02:00 PM

to consider and act upon the following:

**90** − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Brian T. Fultz. Objection deadline is 5/14/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

**91** − Document re: Loss Mitigation Status Conference Request filed by Russell L. Low on behalf of Brian T. Fultz. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 5/8/20

                                                          Jeanne Naughton
                                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 18-26234-RG
Brian T. Fultz                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 08, 2020
                              Form ID: ntchrgbk        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2020.
```
db          +Brian T. Fultz,   610 McBride Avenue, Second Floor,   Woodland Park, NJ 07424-2822
cr          +PHH MORTGAGE CORPORATION,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
              Mt. Laurel, Nj 08054-3437
cr          +PHH Mortgage Corporation,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
              Fairfield, NJ 07004-2927
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2020 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
               Series 2006-NC2 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Brian T. Fultz ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Shauna M Deluca    on behalf of Creditor    PHH Mortgage Corporation sdeluca@rasflaw.com
              Shauna M Deluca    on behalf of Creditor    PHH MORTGAGE CORPORATION sdeluca@rasflaw.com
              Sherri Jennifer Smith    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```