| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    BRIAN T. FULTZ | Case No.:  18-26234 RG<br><br>Hearing Date:  11/18/2020 |

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 19, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): BRIAN T. FULTZ

Case No.: 18-26234

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 11/18/2020 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an application to extend Loss Mitigation Program by 11/19/2020; and it is further

- ORDERED, that if the Court's Docket does not reflect an application to extend Loss Mitigation Program has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 12/16/2020 at 10:00 a.m.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-26234-RG |
| Brian T. Fultz | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 23, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

**Recip ID          Recipient Name and Address**
db              +  Brian T. Fultz, 610 McBride Avenue, Second Floor, Woodland Park, NJ 07424-2822

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2020          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:**

**Name**                    **Email Address**

Aleisha Candace Jennings
                    on behalf of Creditor PHH MORTGAGE CORPORATION ajennings@rasflaw.com

Andrew L. Spivack
                    on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Kevin Gordon McDonald
                    on behalf of Creditor U.S. Bank National Association  as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

Nicholas V. Rogers
                    on behalf of Creditor PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com

Russell L. Low

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2020 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Debtor Brian T. Fultz ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Shauna M Deluca
    on behalf of Creditor PHH Mortgage Corporation sdeluca@rasflaw.com

Shauna M Deluca
    on behalf of Creditor PHH MORTGAGE CORPORATION sdeluca@rasflaw.com

Sherri Jennifer Smith
    on behalf of Creditor PHH MORTGAGE CORPORATION ssmith@pincuslaw.com  nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@rascrane.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11