Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26234−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian T. Fultz
   610 McBride Avenue, Second Floor
   Woodland Park, NJ 07424

Social Security No.:
   xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 25, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 106 − 104
Order Granting Application for Extension of Loss Mitigation (Related Doc # 104). Loss Mitigation Period Extended to: 2/17/2021. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/25/2020. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 25, 2020
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-26234-RG |
| Brian T. Fultz | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 25, 2020 | Form ID: orderntc | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian T. Fultz, 610 McBride Avenue, Second Floor, Woodland Park, NJ 07424-2822 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, RAS Crane, 10700 Abbotts Bridge Road, Suite 170, Suite 310, Duluth, GA 30097-8461 |
| cr | + | PHH MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, Nj 08054-3437 |
| cr | + | PHH Mortgage Corporation, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor PHH MORTGAGE CORPORATION ajennings@rasflaw.com |
| Andrew L. Spivack | on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: orderntc | Total Noticed: 4 |

Nicholas V. Rogers
    on behalf of Creditor PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com

Russell L. Low
    on behalf of Debtor Brian T. Fultz ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Shauna M Deluca
    on behalf of Creditor PHH Mortgage Corporation sdeluca@rasflaw.com

Shauna M Deluca
    on behalf of Creditor PHH MORTGAGE CORPORATION sdeluca@rasflaw.com

Sherri Jennifer Smith
    on behalf of Creditor PHH MORTGAGE CORPORATION ssmith@pincuslaw.com  nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@rascrane.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11