Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.: 18–26234–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian T. Fultz
   610 McBride Avenue, Second Floor
   Woodland Park, NJ 07424

Social Security No.:
   xxx–xx–9368

Employer's Tax I.D. No.:

_____

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/16/20 at 10:00 AM

to consider and act upon the following:

*97* – Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie–Ann Greenberg. Objection deadline is 9/29/2020. (Attachments: # 1 SELL/REFIN DEFAULT–Proposed Dismissal Order) (Greenberg, Marie–Ann)

Dated: 12/9/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court