Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–26234–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Brian T. Fultz
    610 McBride Avenue, Second Floor
    Woodland Park, NJ 07424

Social Security No.:
    xxx–xx–9368

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 24, 2019.

On 1/14/22 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                    February 16, 2022
Time:                     08:30 AM
Location:               Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 14, 2022
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 18-26234-RG

Brian T. Fultz                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                      User: admin                                          Page 1 of 3

Date Rcvd: Jan 14, 2022                            Form ID: 185                                   Total Noticed: 42

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian T. Fultz, 610 McBride Avenue, Second Floor, Woodland Park, NJ 07424-2822 |
| cr | + | PHH MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, Nj 08054-3437 |
| 517699950 | + | AWA Collections, PO Box 5545, Orange, CA 92863-5545 |
| 517699948 | + | Alvarado, Walter, ATTN: Superior Court of NJ, Passaic County, 77 Hamilton Street, Paterson, NJ 07505-2040 |
| 517781903 | | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517699949 | + | Americas Servicing Co/Wells Fargo Home M, 1000 BLUE GENTIAN RD. #300, MAC #X7801-02K, EAGAN, MN 55121-1786 |
| 517699956 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 517699964 | + | Ctbk/gardner/HSBC, Hsbc Retail Services/Attn: Bankruptcy De, Po Box 5213, Carol Stream, IL 60197-5213 |
| 517699967 | + | Eastman Properties, 651 W Mt Pleasant Ave, Livingston, NJ 07039-1600 |
| 517699970 | + | GOLDMAN & WARSHAW, P.O BOX 2500, Caldwell, NJ 07007-2500 |
| 517699971 | + | Hsbc/bsbuy, Po Box 5253, Carol Stream, IL 60197-5253 |
| 517699972 | + | Hsbc/bstby, Po Box 5253, Carol Stream, IL 60197-5253 |
| 517755041 | + | Jessica Garcia, ATTN: Child Support Enforcement, 100 Hamilton Plaza, Suite 2, Paterson, NJ 07505-2109 |
| 517699968 | + | JessicaFultz, 615 McBride Avenue, Woodland Park, NJ 07424-2820 |
| 517699975 | + | Mmca/c1, Attention: Banktruptcy Department, 3120 Rider Trail S, Earth City, MO 63045-1518 |
| 518725456 | + | PHH Mortgage Corporation, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 517699978 | + | Phelan Hallinam & Diamond PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517699979 | + | Pittman Mindas Et. Al., POB 696, Springfield, NJ 07081-0696 |
| 518999163 | | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518999164 | | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Shellpoint Mortgage Servicing, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517699984 | + | Slomins Inc., 34 Washington Parkway, Hicksville, NY 11801-5319 |
| 517737115 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 14 2022 20:37:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, RAS Crane, 10700 Abbotts Bridge Road, Suite 170, Suite 310, Duluth, GA 30097-8461 |
| 517781903 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2022 20:42:52 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517699961 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 20:42:46 | Citi, CitiCard Credit Services/Centralized Ban, Po Box 20507, Kansas City, MO 64195 |

| Recip ID | | Email | Date | Name and Address |
|---|---|---|---|---|
| 517699963 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 20:53:29 | Citibank Usa, Citicorp Credit Services/Attn: Centraliz, Po Box 20507, Kansas City, MO 64195 |
| 517699958 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2022 20:42:38 | Capital 1 Bank, Attn: Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517699966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 20:43:04 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 517711096 | | Email/Text: mrdiscen@discover.com | Jan 14 2022 20:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517699965 | + | Email/Text: mrdiscen@discover.com | Jan 14 2022 20:37:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 517699969 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 20:43:11 | Gemb/6th Ave Elec, Attention: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 517699971 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 14 2022 20:37:00 | Hsbc/bsbuy, Po Box 5253, Carol Stream, IL 60197-5253 |
| 517699972 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 14 2022 20:37:00 | Hsbc/bstby, Po Box 5253, Carol Stream, IL 60197-5253 |
| 517699959 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:42:37 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 517699960 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:42:56 | Chase Mht Bk, Attention: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 517699973 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2022 20:37:00 | Kohls/chase, Po Box 3115, Milwaukee, WI 53201-3115 |
| 517820172 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2022 20:37:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517699977 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 14 2022 20:37:00 | MORTGAGE SERVICE CENTE, ATTN: BANKRUPTCY DEPT, PO BOX 5452, MT LAUREL, NJ 08054-5452 |
| 517699974 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2022 20:37:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 517818427 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 14 2022 20:37:00 | PHH Mortgage Corporation, One Mortgage Way Mail Stop SV01, Mt. Laurel, New Jersey 08054-4637 |
| 517699980 | | Email/Text: signed.order@pfwattorneys.com | Jan 14 2022 20:37:00 | Pressler and Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 517699983 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 20:43:08 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 517810991 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2022 20:43:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PHH Mortgage Corporation, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517699951 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 517699952 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 517699953 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 517699954 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 517699955 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |

District/off: 0312-2                                   User: admin                                              Page 3 of 3
Date Rcvd: Jan 14, 2022                         Form ID: 185                                      Total Noticed: 42

| | | |
|---|---|---|
| 517699957 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bankamerica, Mc: Nc4-105-03-14, 4161 Piedmont Pkwy, Greensboro, NC 27420 |
| 517699962 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citi, CitiCard Credit Services/Centralized Ban, Po Box 20507, Kansas City, MO 64195 |
| 517699976 | *+ | Mmca/c1, Attention: Banktruptcy Department, 3120 Rider Trail S, Earth City, MO 63045-1518 |
| 517699981 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler and Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 517699982 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler and Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2022                      Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor PHH MORTGAGE CORPORATION ajennings@raslg.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com |
| Russell L. Low | on behalf of Debtor Brian T. Fultz ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor PHH Mortgage Corporation sdeluca@raslg.com |
| Shauna M Deluca | on behalf of Creditor PHH MORTGAGE CORPORATION sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9