| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Low and Low, L.L.C.<br>505 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 343-4040<br>Russell L. Low, Esq. No. 4745<br>Attorney for the Debtor | |
| In Re:<br><br>Brian Fultz | Case No.: __18-26234__<br>Chapter: __13__<br>Adv. No.: _____<br>Hearing Date: 2/16/22 at 10:00 am<br>Judge: __RG__ |

# CERTIFICATION OF SERVICE

1. I, ____Russell L. Low____ :

   ☑ represent the ____debtor____ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __January 14, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Modified Chapter 13 Plan, Notice of Transmittal and Property Valuation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __January 14, 2022__         /s/ Russell L. Low
                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Honorable Rosemary Gambardella<br><br>50 Walnut Street, 3rd Floor<br>Newark, N.J. 07102<br>Courtroom 3E | Judge | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Road, Ste 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Standing Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| Office of US Trustee<br>One Newark Center Suite 1401<br>Newark NJ 07102 | US Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| AWA Collections<br>PO Box 5545<br>Orange CA 92863-0000 | Secured Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MORTGAGE SERVICE CENTE ATTN: BANKRUPTCY DEPT PO BOX 5452 MT LAUREL NJ 08054-0000 | Secured Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Specialized Loan Servicing LLC 8742 Lucent Blvd., Suite 300 Littleton CO 80129-0000 | Secured Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| KML Law Group, P.C. 216 Haddon Avenue, Suite 406 Westmont, NJ 08108 | Attorney for Secured Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Robertson, Anschutz, & Schneid, P.L. 130 Clinton Road Suite 202 Fairfield NJ 07004 | Attorney for Secured Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brian Fultz<br>610 McBride Avenue<br>Woodland Park NJ 07424 | Debtor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____ (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____ (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____ (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____ (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.5/14/12*