**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brian T. Fultz | Social Security number or ITIN   xxx–xx–9368 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–26234–RG | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian T. Fultz

3/15/22                                **By the court:** Rosemary Gambardella
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-26234-RG
Brian T. Fultz                                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                      Page 1 of 3
Date Rcvd: Mar 15, 2022               Form ID: 3180W               Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian T. Fultz, 610 McBride Avenue, Second Floor, Woodland Park, NJ 07424-2822 |
| cr | + | PHH MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, Nj 08054-3437 |
| 517699950 | + | AWA Collections, PO Box 5545, Orange, CA 92863-5545 |
| 517699948 | + | Alvarado, Walter, ATTN: Superior Court of NJ, Passaic County, 77 Hamilton Street, Paterson, NJ 07505-2040 |
| 517699964 | + | Ctbk/gardner/HSBC, Hsbc Retail Services/Attn: Bankruptcy De, Po Box 5213, Carol Stream, IL 60197-5213 |
| 517699967 | + | Eastman Properties, 651 W Mt Pleasant Ave, Livingston, NJ 07039-1600 |
| 517699970 | + | GOLDMAN & WARSHAW, P.O BOX 2500, Caldwell, NJ 07007-2500 |
| 517755041 | + | Jessica Garcia, ATTN: Child Support Enforcement, 100 Hamilton Plaza, Suite 2, Paterson, NJ 07505-2109 |
| 517699968 | + | JessicaFultz, 615 McBride Avenue, Woodland Park, NJ 07424-2820 |
| 517699975 | + | Mmca/c1, Attention: Banktruptcy Department, 3120 Rider Trail S, Earth City, MO 63045-1518 |
| 518725456 | + | PHH Mortgage Corporation, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 517699978 | + | Phelan Hallinam & Diamond PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517699979 | + | Pittman Mindas Et. Al., POB 696, Springfield, NJ 07081-0696 |
| 517699984 | + | Slomins Inc., 34 Washington Parkway, Hicksville, NY 11801-5319 |
| 517737115 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 15 2022 20:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, RAS Crane, 10700 Abbotts Bridge Road, Suite 170, Suite 310, Duluth, GA 30097-8461 |
| 517781903 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2022 22:23:25 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517699949 | + | EDI: WFFC.COM | Mar 16 2022 00:38:00 | Americas Servicing Co/Wells Fargo Home M, 1000 BLUE GENTIAN RD. #300, MAC #X7801-02K, EAGAN, MN 55121-1786 |
| 517699956 | | EDI: BANKAMER.COM | Mar 16 2022 00:38:00 | Bank Of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 517699951 | | EDI: BANKAMER.COM | Mar 16 2022 00:38:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 517699957 | | EDI: BANKAMER.COM | Mar 16 2022 00:38:00 | Bankamerica, Mc: Nc4-105-03-14, 4161 Piedmont Pkwy, Greensboro, NC 27420 |

Case 18-26234-RG    Doc 142    Filed 03/17/22    Entered 03/18/22 00:14:32    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: 3180W | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517699961 | | EDI: CITICORP.COM | Mar 16 2022 00:38:00 | Citi, CitiCard Credit Services/Centralized Ban, Po Box 20507, Kansas City, MO 64195 |
| 517699963 | | EDI: CITICORP.COM | Mar 16 2022 00:38:00 | Citibank Usa, Citicorp Credit Services/Attn: Centraliz, Po Box 20507, Kansas City, MO 64195 |
| 517699958 | + | EDI: CAPITALONE.COM | Mar 16 2022 00:38:00 | Capital 1 Bank, Attn: Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517699966 | + | EDI: CITICORP.COM | Mar 16 2022 00:38:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 517711096 | | EDI: DISCOVER.COM | Mar 16 2022 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517699965 | + | EDI: DISCOVER.COM | Mar 16 2022 00:38:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 517699969 | + | EDI: RMSC.COM | Mar 16 2022 00:38:00 | Gemb/6th Ave Elec, Attention: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 517699971 | + | EDI: HFC.COM | Mar 16 2022 00:38:00 | Hsbc/bsbuy, Po Box 5253, Carol Stream, IL 60197-5253 |
| 517699972 | + | EDI: HFC.COM | Mar 16 2022 00:38:00 | Hsbc/bstby, Po Box 5253, Carol Stream, IL 60197-5253 |
| 517699959 | | EDI: JPMORGANCHASE | Mar 16 2022 00:38:00 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 517699960 | | EDI: JPMORGANCHASE | Mar 16 2022 00:38:00 | Chase Mht Bk, Attention: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 517699973 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 15 2022 20:43:00 | Kohls/chase, Po Box 3115, Milwaukee, WI 53201-3115 |
| 517820172 | + | EDI: MID8.COM | Mar 16 2022 00:38:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517699977 | + | EDI: LCIPHHMRGT | Mar 16 2022 00:38:00 | MORTGAGE SERVICE CENTE, ATTN: BANKRUPTCY DEPT, PO BOX 5452, MT LAUREL, NJ 08054-5452 |
| 517699974 | + | EDI: MID8.COM | Mar 16 2022 00:38:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 517818427 | + | EDI: LCIPHHMRGT | Mar 16 2022 00:38:00 | PHH Mortgage Corporation, One Mortgage Way Mail Stop SV01, Mt. Laurel, New Jersey 08054-4637 |
| 517699980 | | Email/Text: signed.order@pfwattorneys.com | Mar 15 2022 20:43:00 | Pressler and Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 517699983 | + | EDI: CITICORP.COM | Mar 16 2022 00:38:00 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 518999164 | | Email/Text: mtgbk@shellpointmtg.com | Mar 15 2022 20:43:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518999163 | | Email/Text: mtgbk@shellpointmtg.com | Mar 15 2022 20:43:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517810991 | + | EDI: AIS.COM | Mar 16 2022 00:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PHH Mortgage Corporation, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

Case 18-26234-RG    Doc 142    Filed 03/17/22    Entered 03/18/22 00:14:32    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: 3180W | Total Noticed: 44 |

| | | |
|---|---|---|
| 517699952 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 517699953 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 517699954 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 517699955 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 517699962 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citi, CitiCard Credit Services/Centralized Ban, Po Box 20507, Kansas City, MO 64195 |
| 517699976 | *+ | Mmca/c1, Attention: Banktruptcy Department, 3120 Rider Trail S, Earth City, MO 63045-1518 |
| 517699981 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler and Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 517699982 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler and Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor PHH MORTGAGE CORPORATION ajennings@raslg.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com |
| Russell L. Low | on behalf of Debtor Brian T. Fultz ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor PHH Mortgage Corporation sdeluca@raslg.com |
| Shauna M Deluca | on behalf of Creditor PHH MORTGAGE CORPORATION sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9